# IN THE COURT OF APPEALS OF TENNESSEE
## WESTERN SECTION AT NASHVILLE

WILLIAM TOWNE YOUNG,    )
            )
   Plaintiff/Appellee,   ) **Rutherford Chancery No. 93DR-1193**
            )
**VS.**           ) **Appeal No. 01A01-9610-CH-00473**
            )
**MARTHA McCOOL YOUNG,**   )
            )
   Defendant/Appellant.  )

**FILED**

November 19, 1997

Cecil W. Crowson
Appellate Court Clerk

## ORDER ON PETITION TO REHEAR

The appellant has filed a petition to rehear, alleging that the Court overlooked her constitutional argument relative to the Tennessee Child Support Guidelines.

Appellant failed to raise a constitutional issue in the statement of issues and failed to give notice to the attorney general of a constitutional challenge. See: T.R.A.P. 27(a) (4) and 32.

The petition to rehear is respectfully denied.

So ordered this _____ day of November, 1997.

_____
HIGHERS, J.

_____
CANTRELL, J.

_____
KOCH, J.